FILE COPY

No. 07-15-00035-CV

| | | |
|---|---|---|
| In the Interest of S.A.G., J.S., J.V.S., J.S., J.S., and J.S., Children | § | From the 320th District Court of Potter County |
| | § | |
| | | June 11, 2015 |
| | § | |
| | | Opinion by Justice Campbell |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated June 11, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o